**Order entered April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01634-CV

**SHAMOUN & NORMAN, LLP, Appellant**

**V.**

**ALBERT G. HILL, JR., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-14714-H**

## ORDER

We **GRANT** appellant's April 10, 2014 unopposed motion for an extension of time to file a brief. Appellant shall file its brief on or before May 16, 2014.

/s/      ADA BROWN
             JUSTICE